# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHELE ZUPO,<br><br>Plaintiff,<br><br>v.<br><br>FRANK J. BISIGNANO, Commissioner<br>Social Security Administration,<br><br>Defendant. | Case No. CIV-25-253-RAW-GLJ |

## ORDER AFFIRMING DECISION OF THE COMMISSIONER

On July 16, 2026, the United States Magistrate Judge entered a Report and Recommendation in the above-referenced case, recommending that this Court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to Plaintiff [Docket No. 23] . The Plaintiff has filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C.§636(b)(1); Fed. R. Civ. P. 72(a) [Docket No. 24]. The Commissioner filed a response to the objection [Docket No. 25].

Plaintiff objects to the Magistrate Judge's Report and Recommendation asserting that the ALJ erred and remand is required because the ALJ failed to properly consider Plaintiff's pulmonary test results when assessing her RFC. The record indicates, however, that the Magistrate Judge considered the ALJ's analysis and found that the ALJ had indeed considered the pulmonary test results thereby providing substantial evidence to support his determination, and that correct legal standards were applied by the ALJ.

Upon full consideration of the record and the issues herein, this court finds that the Magistrate Judge's recommendation to affirm the ALJ is well-supported. The ALJ's decision is supported by substantial evidence, and the correct legal standards were applied.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. The decision of the Commissioner is affirmed.

**IT IS SO ORDERED** this 30th day of September, 2026.

.

**THE HONORABLE RONALD A. WHITE**
**UNITED STATES SENIOR DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**